UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. Patrick O'Boyle    Crim. No. 17-238   SBI: 596251E

## PETITION FOR WRIT OF HABEAS CORPUS

1. Patrick O'Boyle is now confined at the Hudson County Correctional Center, 35 Hackensack Avenue, South Kearny, New Jersey 07032.
2. Said individual will be required at NEWARK, New Jersey, before the Hon. Susan D. Wigenton, United States District Judge, **on Friday, July 14th, 2017, at 3:00 p.m., for an ARRAIGNMENT**. A Writ of Habeas Corpus should be issued for that purpose.

DATED: July 7, 2017

ARI B. FONTECCHIO
ASSISTANT U.S. ATTORNEY

## ORDER

Let the Writ Issue.

DATED: July 7, 2017

HON. SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE

## WRIT OF HABEAS CORPUS

The United States of America to the Hudson Count Correctional Center, South Kearny, New Jersey

WE COMMAND YOU that you have the body of

**PATRICK O'BOYLE**

now confined at the Hudson County Correctional Center, South Kearny, New Jersey, be brought before the United States District Court, the Hon. Susan D. Wigenton, Martin Luther King, Jr. Federal Building & Courthouse, 50 Walnut Street, Newark, New Jersey 07102, on Friday, July 14th, at 3:00 p.m., so that he may appear for an **ARRAIGNMENT** in the above-captioned matter.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: July 7, 2017

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: Carmen D. Soto
Deputy Clerk